LEWIS SPENCE v. BOARD OF ADJUSTMENT, TOWNSHIP
OF CRANBURY.

July 21, 1980.

Petition for certification denied.

CITY OF NEWARK v. ESSEX COUNTY BOARD OF TAXATION.

July 21, 1980.

Petition for certification denied.

MABEL LORRAINE DI GIOVANNI v. STAN BUSCH
REALTY, INC.

July 21, 1980.

Petition for certification denied.

JOSE H. SOTO MATOS v. WILLIAM H. FAUVER.

July 21, 1980.

Petition for certification denied.